**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Carol Lloyd,

                                                 Civil No. 08-554 (RHK/AJB)

        Plaintiff,

v.                                                  **ORDER**

SRA Associates, Inc., and
John Doe,

        Defendants.

_____

      Pursuant to the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 11, 2008

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge